R.S.

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TEODOR MARIAN, | ) Case No. CV 08-1096-SGL (SH) |
| Petitioner, | ) MEMORANDUM AND ORDER ) DISMISSING PETITION FOR WRIT ) OF HABEAS CORPUS |
| v. | ) |
| JEAN BURREY-WYMAN, et al., | ) |
| Respondents. | ) |

On February 19, 2008, pro se petitioner filed a "Petition for Writ of Habeas Corpus" ("Petition"), which the Court construes as a habeas corpus petition pursuant to either 28 U.S.C. § 2254 or 28 U.S.C. § 2241. As best the Court can glean from petitioner's allegations, the Petition alleges the following claims: (1) the Ventura Small Claims Court improperly rejected petitioner's claim that he was subjected to a retaliatory eviction by his landlord; and (2) petitioner was improperly labeled a "vexatious litigant" by Ventura County Superior Court Judge David Long. (Petition at 1-6).

1  The claims alleged in the instant Petition are not cognizable in habeas corpus. A Petition for Writ of Habeas Corpus can only be issued if petitioner is in state custody, and that such custody is in violation of the Constitution, laws or treaties of the United States. See 28 U.S.C. § 2254(c). Moreover, a Petition for Writ of Habeas Corpus can only be issued if petitioner is in custody for a violation of a statute or order, or that such custody is in violation of the Constitution, laws or treaties of the United States. See 28 U.S.C. § 2241. Petitioner's claims do not go to the fact or duration of petitioner's confinement. See Preiser v. Rodriguez, 411 U.S. 475, 489, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).

Since petitioner does not state a claim for relief under 28 U.S.C. § 2254 or 28 U.S.C. § 2241, dismissal of the Petition is warranted.

IT IS ORDERED as follows:

1. The Petition is dismissed; and
2. The Clerk shall mail a copy of this Order.

DATED: 2-22-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

Presented by:
Date 2/20/08

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE